**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 01-51097

JOE A. PUTNAM

                                        Plaintiff - Appellant

VERSUS

HARLANDALE INDEPENDENT SCHOOL DISTRICT

                                        Defendant - Appellee

Appeal from the United States District Court
For the Western District of Texas, San Antonio
SA-00-CV-1068

November 21, 2002

Before DAVIS, BARKSDALE and DENNIS, Circuit Judges.

PER CURIAM:[*]

    After reviewing the record and considering the argument of counsel and briefs of the parties, we are satisfied that the district court correctly granted summary judgment in favor of appellee.

    On Putnam's breach of contract claim, based on the failure of

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the appellee to give him a pre-termination hearing, the district court correctly concluded that Putnam failed to show that he made a timely request for a hearing as required by state law. See §21.253 Texas Education Code. On Putnam's §1983 claims for due process violations, based on the state's failure to give Putnam a pre-deprivation hearing and a name clearing hearing, the district court also correctly concluded that these claims are time barred under the Texas two year statute of limitations.

AFFIRMED.